AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

U.S.

v.

Dennis Boyd

APPEARANCE

CASE NUMBER: 1:08MJ52A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Dennis Boyd

I certify that I am admitted to practice in this court.

3-27-08
*Date*

[signature]
*Signature*

Edward C. Roy, Jr. 3029
*Print Name* *Bar Number*

10 Weybosset St, ~~[illegible] Kepler Dr.~~ Suite 300
*Address*

Providence, RI 02903
*City* *State* *Zip Code*

401-528-4281 401-528-4285
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.